```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  DEANNA L. MARTINEZ
    Assistant United States Attorney
 3  United States Courthouse
    2500 Tulare Street, Suite 4401
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5  Facsimile: (559) 497-4099
 6  Attorneys for Plaintiff
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:09-CV-01550-OWW-GSA |
| Plaintiff, ) | **FINAL JUDGMENT OF FORFEITURE** |
| v. ) | |
| 2007 CHEVROLET SILVERADO PICKUP TRUCK, VIN:2GCEC13C381336170, CALIFORNIA LICENSE NO. 8R62926, ) | |
| Defendant. ) | |

Pursuant to the Stipulation for Final Judgment of Forfeiture filed herein, the Court finds:

1.  This is a civil forfeiture action against defendant 2007 Chevrolet Silverado Pickup Truck, VIN: 2GCEC13C381336170, California License No. 8R62926 (hereafter "defendant vehicle").

2.  A Verified Complaint for Forfeiture *In Rem* was filed on September 1, 2009, seeking the forfeiture of the defendant vehicle, alleging said vehicle is subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(6) because the defendant vehicle constitutes moneys or other things of value furnished or intended to be furnished in exchange for a controlled substance or listed chemical, all proceeds traceable to such an exchange and/or was used or intended to be used to facilitate one or more violations of 21 U.S.C. § 841 *et seq*.

///

3.      On September 14, 2009, in accordance with said Complaint, a Warrant for Arrest of Articles *In Rem* for the defendant vehicle was issued and duly executed on October 27, 2009.

4.      Beginning on September 16, 2009, for at least 30 consecutive days, the United States published notice of the forfeiture action on the official internet government forfeiture site www.forfeiture.gov. A Declaration of Publication was filed on November 16, 2009.

5.      In addition to the public notice of forfeiture having been completed, actual notice was personally served upon potential claimant Frank Bertao and his business Full Throttle Suspension. To date no parties have filed claims or answers in this matter, and the time for which any person or entity may file a claim and answer has expired.

6.      The Clerk of the Court entered a Clerk's Certificate of Entry of Default against Full Throttle Suspension on December 7, 2009. Pursuant to Local Rule 540, the United States and potential claimant Frank Bertao thus join in a request that as part of the Final Judgment of Forfeiture in this case the Court enter a default judgment against the interests if any, of Full Throttle Suspension.

7.      Potential claimant Frank Bertao represents and warrants that he is the sole owner of the defendant vehicle.

Based on the above findings, and the files and records of the Court, it is hereby

ORDERED AND ADJUDGED:

1.      The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

2.      Judgment is hereby entered against Frank Bertao, Full Throttle Suspension, and all other potential claimants who have not filed claims in this action.

3.      Upon entry of a Final Judgment of Forfeiture, the defendant vehicle, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.

4.      Plaintiff United States of America and its servants, agents, and employees, and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the arrest, seizure, or forfeiture of the defendant currency. This is a full and final release applying to all unknown and unanticipated injuries, and/or

damages arising out of said arrest, seizure, or forfeiture, as well as to those now known or disclosed. The parties waive the provisions of California Civil Code § 1542.

     5.    There was reasonable cause for the seizure and arrest of the defendant vehicle, and the Court may enter a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

     6.    All parties shall bear their own costs and attorneys' fees.

SO ORDERED THIS 13th day of July, 2010.

                            /s/ OLIVER W. WANGER
                            UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF REASONABLE CAUSE

Based upon the allegations set forth in the Complaint for Forfeiture *In Rem* filed September 1, 2009, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure and arrest of the defendant vehicle.

Dated: July 13, 2010                /s/ OLIVER W. WANGER
                                    UNITED STATES DISTRICT JUDGE